# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00214-CV

**In re Claude Chadwick**

### ORIGINAL PROCEEDING FROM TOM GREEN COUNTY

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

        The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

Before Chief Justice Jones, Justices Goodwin and Field

Filed:  April 9, 2013